**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 21 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSE RODRIGUEZ-RODRIGUEZ, | No. 16-70622 |
| Petitioner, | Agency No. A200-245-860 |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 18, 2017**

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

Jose Rodriguez-Rodriguez, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying cancellation of removal. We have

jurisdiction under 8 U.S.C. § 1252. We deny the petition for review.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Rodriguez-Rodriguez has waived any challenge to the agency's hardship determination. *See Rizk v. Holder*, 629 F.3d 1083, 1091 n.3 (9th Cir. 2011) (issues not raised in an opening brief are waived).

Because the agency's hardship determination is dispositive, we do not reach Rodriguez-Rodriguez's contentions regarding the agency's continuous physical presence and related credibility determinations. *See Camacho-Cruz v. Holder*, 621 F.3d 941, 942 (9th Cir. 2010) (failure to satisfy any one of the four requirements in 8 U.S.C. § 1229b(b)(1) is fatal to a cancellation application); *Simeonov v. Ashcroft*, 371 F.3d 532, 538 (9th Cir. 2004) (courts and agencies are not required to decide issues unnecessary to the results they reach).

**PETITION FOR REVIEW DENIED.**